IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00071-WYD-MJW

ESTATE OF ZACKARY MOFFITT, *by and through its personal representative Kelly Kramer*,
M.M., *a minor, by and through her next friend and mother Cassandra Higgins*, and
C.M., *a minor, by and through her next friend and mother Cassandra Higgins*,

Plaintiffs,

v.

JOHN MINOR, *in his official and individual capacities*,
ERIK J. BOURGERIE, *in his individual capacity*,
CHERYL GIORDANO, *in her individual capacity*,
JONATHAN DIURBA, *in his individual capacity*,
NATHAN FIDLER, *in his individual capacity*,
RYAN HOSIER, *in his individual capacity*,
BRIAN HYDE, *in his individual capacity*,
KATHY LAMBERT, *in her individual capacity*, and
JEFF WILSON, *in his individual capacity*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Unopposed Motion to Vacate and Reset Scheduling Conference (Docket No. 11) is GRANTED.  The Scheduling Conference set for March 18, 2015, at 2:00 p.m. is VACATED and RE-SET for April 30, 2015, at 10:00 a.m.

Date:  March 11, 2015