IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00071-WYD-MJW

ESTATE OF ZACKARY MOFFITT, *by and through its personal representative Kelly Kramer*,
M.M., *a minor, by and through her next friend and mother Cassandra Higgins*, and
C.M., *a minor, by and through her next friend and mother Cassandra Higgins*,

Plaintiffs,

v.

JOHN MINOR, *in his official and individual capacities*,
ERIK J. BOURGERIE, *in his individual capacity*,
CHERYL GIORDANO, *in her individual capacity*,
JONATHAN DIURBA, *in his individual capacity*,
NATHAN FIDLER, *in his individual capacity*,
RYAN HOSIER, *in his individual capacity*,
BRIAN HYDE, *in his individual capacity*,
KATHY LAMBERT, *in her individual capacity*, and
JEFF WILSON, *in his individual capacity*,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Entry of Stipulation and Protective Order (docket no. 25) is GRANTED finding good cause shown.  The written Stipulation and Protective Order (docket no. 25-1) is APPROVED as submitted and made an Order of Court.

Date:  May 14, 2015