IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00071-WYD-MJW

ESTATE OF ZACKARY MOFFITT, *by and through its personal representative Kelly Kramer*,
M.M., *a minor, by and through her next friend and mother Cassandra Higgins*, and
C.M., *a minor, by and through her next friend and mother Cassandra Higgins*,

Plaintiffs,

v.

JOHN MINOR, *in his official and individual capacities*,
ERIK J. BOURGERIE, *in his individual capacity*,
CHERYL GIORDANO, *in her individual capacity*,
JONATHAN DIURBA, *in his individual capacity*,
NATHAN FIDLER, *in his individual capacity*,
RYAN HOSIER, *in his individual capacity*,
BRIAN HYDE, *in his individual capacity*,
KATHY LAMBERT, *in her individual capacity*, and
JEFF WILSON, *in his individual capacity*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendants' Unopposed Motion to Modify the Scheduling Order (Docket No. 40) is GRANTED for good cause;

- The Scheduling Order (Docket No. 23, previously amended at Docket No. 35) is AMENDED such that rebuttal experts shall be designated and disclosed on or before January 20, 2016.

Date: December 17, 2015