IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00071-WYD-MJW

ESTATE OF ZACKARY MOFFITT, *by and through its personal representative Kelly Kramer*,
M.M., *a minor, by and through her next friend and mother Cassandra Higgins*, and
C.M., *a minor, by and through her next friend and mother Cassandra Higgins*,

Plaintiffs,

v.

JOHN MINOR, *in his official and individual capacities*,
ERIK J. BOURGERIE, *in his individual capacity*,
CHERYL GIORDANO, *in her individual capacity*,
JONATHAN DIURBA, *in his individual capacity*,
NATHAN FIDLER, *in his individual capacity*,
RYAN HOSIER, *in his individual capacity*,
BRIAN HYDE, *in his individual capacity*,
KATHY LAMBERT, *in her individual capacity*, and
JEFF WILSON, *in his individual capacity*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- The Joint Motion to Stay Case Additional 30 Days to Facilitate Settlement Negotiations (Docket No. 50) is GRANTED; and

- The parties shall file a status report on or before April 4, 2016.

The parties are advised that the Court does <u>not</u> anticipate granting any further extensions of time in this case.

Date: March 1, 2016