

# Completed Questionnaire

*"Professionally Serving Our Community Since 1861"*

**Print Date/Time:** 07/09/2013 19:22
**Login ID:** cbgilbert
**Inmate:** Moffitt, Zackary Dean

**Summit County Sheriff's Office**
**ORI Number:** CO0590000
**Booking #:** 2013-00000670

| Arresting Officers | Agency | Brought In By | Agency |
|---|---|---|---|
| 1527 - Wilson | CO0590000 | | CO0590000 |

| Question # | Question | Response | Response Value |
|---|---|---|---|
| 01 | Do you have any dental problems? | No | 0 |
| 02 | Do you have an illness or infection that may be contagious? | No | 0 |
| 03 | Are you on a diet prescribed by a doctor? (what doctor?) | No | 0 |
| 04 | Are you allergic to anything? | Yes | 0 |
| | Comments: Penicillin: hives | | |
| 05 | Are you currently taking medication prescribed by a doctor? If yes, annotate which meds. | No | 0 |
| 06 | Are you currently in the care of a doctor? If yes, who? | No | 0 |
| 07 | Have you recently been hospitalized? If so where, and for what condition? | Yes | 0 |
| | Comments: medically cleared at SMC before to coming to Jail | | |
| 08 | Are you H.I.V. positive? | No | 0 |
| 09 | Do you have a history of VD? | No | 0 |
| 10 | Have you fainted recently, or had a recent head injury? | No | 0 |
| 11 | Are you currently having shortness of breath, or chest pain? | No | 0 |
| 12 | Do you have turberculosis, hepatitis, or diabetes? | No | 0 |
| 13 | Do you have any other medical problems you would like to make known at this time? | Yes | 0 |
| | Comments: going thru alcohol withdrawl | | |
| 14 | Do you feel suicidal at this time? | No | 0 |
| 15 | Do you have any medical/dental insurance? With which company? | No | 0 |
| 16 | If Female: Are you currently on birth control? | N/A | 0 |
| 18 | VISUAL OBSERVATION: Does this subject appear to be under the influence of drugs or alcohol? | Yes | 0 |
| | Comments: strong smell of alcohol | | |
| 19 | VISUAL OBSERVATION: Does the subject show visible signs of injury or illness? | No | 0 |
| 20 | VISUAL OBSERVATION: Is this inmate carrying any RX medication in their property? | No | 0 |

**Completed Questionnaire Value:** 0

**High Risks**
___ Assaultive
___ Escape
___ Gang Member
___ Mental
___ Other
___ Suicidal

**Special Conditions**
___ Body Fluid Watch
___ Handicap/Retarded
___ Juvenile
___ Medical
___ Other
___ Protective Custody

SCSO 00104

Exhibit E