# Suicide / Welfare Checks

DETOX / ALCOHOL  DETOXING AFTER 2 WK "BENDER"

Today's Date: 07.07.2013

M 1 Hold: N/A   Name: MOFFITT ZACHARY   Booking # 2013-0670

Detox: _____  Both (Detox/M1): _____  Inmate#: _____

P.B.T. results: _____   Time Colorado West Notified: _____

Start time: 1150   End Time: 2315   Time Colorado West Expected: _____

Total Minutes: 722  745   Time Colorado West Arrived: _____

| Dep Init. | Time | Comments | Dep Init. | Time | Comments | Dep Init. | Time | Comments |
|---|---|---|---|---|---|---|---|---|
| 655/524 | 1100 | Begin. | | | | | | |
| JD57 | 1200 | sitt | | | | | | |
| 453/624 | 1220 | Lunch | | | | | | |
| JM40 | 1349 | sitting | | | | | | |
| JD57 | 1605 | sitt | | | | | | |
| NF54 | 1645 | throw up | | | | | | |
| JD57 | 1705 | Dinner | | | | | | |
| TC44 | 1800 | sitting | | | | | | |
| RH42 | 1815 | laying down | | | | | | |
| JD57 | 1856 | sitt | | | | | | |
| TC44 | 1945 | sitting | | | | | | |
| JD57 | 2100 | sitting | | | | | | |
| 5048 | 2220 | sitting | | | | | | |
| 5048 | 2250 | sitting | | | | | | |
| 5048 | 2310 | standing | | | | | | |
| | 2325 | Moved to B Pod | | | | | | |

SCSO 00096

Exhibit I

# Suicide / Welfare Checks

Today's Date: 7.8.13  Panic attack

148/104
Pulse 92
@ 1722

M 1 Hold: _____   Name: Moffitt, Z   Booking #: _____

Detox: _____   Both (Detox/M1): _____   Inmate#: _____

P.B.T. results: _____   Time Colorado West Notified: _____

Start time: _____   End Time: _____   Time Colorado West Expected: _____

Total Minutes: 60   Time Colorado West Arrived: _____

| Dep Init. | Time | Comments | Dep Init. | Time | Comments | Dep Init. | Time | Comments |
|---|---|---|---|---|---|---|---|---|
| 6066 | 1724 | Nike 2 | | | | | | |
| 3048 | 1830 | to B Pod | | | | | | |

SCSO 00097

# Suicide / Welfare Checks

Today's Date: 7-9-13

M1 Hold: X    Name: Moffitt, Zackery    Booking # 2013-0670

Detox: ____    Both (Detox/M1): ____    Inmate#: ____

P.B.T. results: ____    Time Colorado West Notified: ____

Start time: 2445    End Time: 0730    Time Colorado West Expected: ____

Total Minutes: 465    Time Colorado West Arrived: ____

| Dep Init. | Time | Comments | Dep Init. | Time | Comments | Dep Init. | Time | Comments |
|---|---|---|---|---|---|---|---|---|
| RH42 | 2445 | Changed into Smock | | | | | | |
| RH42 | 0110 | Sitting | | | | | | |
| JD57 | 0131 | Sitting | | | | | | |
| RH42 | 0145 | Sitting | | | | | | |
| SO48 | 0155 | talking | | | | | | |
| JD57 | 0215 | Sitting | | | | | | |
| TC44 | 0320 | STANDING | | | | | | |
| RH42 | 0335 | Standing | | | | | | |
| JD57 | 0350 | Gave Water | | | | | | |
| RH42 | 0440 | Standing | | | | | | |
| RH40 | 0510 | Standing | | | | | | |
| JD57 | 0545 | Stand | | | | | | |
| RH42 | 0555 | Kneeling | | | | | | |
| Sall | 0611 | Standing | | | | | | |
| CC116 | 0620 | Nothing | | | | | | |
| CC116 | 0716 | talking | | | | | | |
| ou49 | 0730 | Breathing | | | | | | |

SCSO 00098