## Jail Incident

Deputy Brian Hyde Reporting

Jail Incident 2013-0155

7-8-13

On July 8, 2013, at approximately 17:12 hrs, SSGT C. Giordano, Deputy Lambert, Deputy Fidler and I were working at the Summit County Detention, 501 N Park Ave., Summit County, CO, when Deputy Fidler called to the booking desk from control to inform Deputy Lambert and I that Inmate Moffit had called in and that he was having a seizure. Immediately Deputy Lambert, SSGT. C Giordano, and I went back to B – Pod, B2 and found Inmate Moffit walking around telling us that he thinks he had a seizure.

Inmate Moffit stated he felt dizzy, had a bad headache, he had been throwing up, and hasn't been able to sleep for the last couple of days.

Inmate Moffit was brought up to Holding 1 for observation and his vitals were taken. Vitals were within normal limits, but slightly elevated. Respiration were around 20 breaths per min., Bp was 148/104, and his pulse was 92. These were taken 17:22. Mr. Moffit appeared to have had a panic attack.

While Inmate Moffit was up at the front, he calmed down, ate his dinner, and stated he was feeling better after sometime.

End of Report.