## 2013-0156 Moffitt, Zackary

Jail Incident

Deputy Jonathan Diurba

Reporting

2013-0156

On July 9th 2013 at approximately 0100 hours, I was on duty at the Summit County Detentions Facility, 501 N. Park Ave, Summit County, Colorado. Mr. Zackary Moffitt called into the control room, but was unable to be understood.

Deputy Ryan Hosier and I went to cell B2 were Mr. Moffitt was housed and asked him what he was requesting. Mr. Moffitt said that he was hearing voices and they were telling him to kill himself.

Deputy Hosier and I brought Mr. Moffitt to Holding 1, placed him in a suicide smock and contacted Colorado West Mental Health.

Mr. Moffitt stated:
The only way to heaven is to kill himself
It will only take 5 minutes to kill myself
Voices asked me what the most beautifully thing was I said my daughter and then the voices replied kill yourself
I tried to kill myself 3 times with my hands


End of Report

Exhibit S

SCSO 00041