# EXHIBIT 29

## Filed Conventionally