**MINUTE ENTRY FOR SETTLEMENT**

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: October 20, 2017

RE: *Moffitt v. Minor, et al.,* **15-cv-00071-WYD-MEH**

    ____ Settlement negotiations were held on this date, and although no settlement has been reached as to any claims in this action, the Court will continue working with the parties.

    ____ A settlement conference was held on this date, and the parties have informed the Court that a final settlement agreement was reached as to

        ____ All claims in this action. The parties shall file appropriate papers to dismiss this case or before October _, 2017

        ____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before October_, 2017

Settlement conference and preparation time involved: hours minutes.

    ____ A record was made     ____ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    __X__ Supplemental settlement negotiations were held in the above-captioned case over the past year, including telephone and e-mail discussions and in-person meetings, since the initial conference, and the case has settled.

Negotiation time involved: __10__ hours __15__ minutes.