IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 15-cv-00071-WYD-MJW

ESTATE OF ZACKARY MOFFITT, by and through its personal representative KELLY KRAMER,

    Plaintiffs,

v.

CAPTAIN ERIK J. BOURGERIE, in his individual capacity;
STAFF SERGEANT CHERYL GIORDANO, in her individual capacity;
DEPUTY JONATHON DIURBA, in his individual capacity;
DEPUTY NATHAN FIDLER, in his individual capacity;
DEPUTY RYAN HOSIER, in his individual capacity;
DEPUTY BRIAN HYDE, in his individual capacity;
DEPUTY KATHY LAMBERT, in her individual capacity; and
DEPUTY JEFF WILSON, in his individual capacity;

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on the Joint Stipulated Motion to Dismiss Individual Defendants with Prejudice and to Accept Proposed Amended Complaint, Pursuant to Parties' Settlement Agreement filed December 14, 2017. The motion requests that the individual Defendants that remain in this case be dismissed with prejudice and that I accept the parties' proposed Amended Complaint and Jury Demand that substitutes Sheriff Jaime Fitzsimons, in his official capacity, as the Defendant in this case.

Having review the motion and finding good cause therefore, it is

ORDERED that the Stipulated Motion to Dismiss Individual Defendants with Prejudice and to Accept Proposed Amended Complaint, Pursuant to Parties' Settlement Agreement (ECF No. 142) is **GRANTED,** but I will defer dismissal of the individual Defendants until the proposed Amended Complaint is filed; otherwise, there will be no named Defendant in the case. It is

FURTHER ORDERED that Amended Complaint substituting Sheriff Jaime FitzSimons as the Defendant shall be filed within fourteen (14) days of this Order, or by **Monday, January 2, 2018**.

Dated: December 18, 2017

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge