**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 16, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| ESTATE OF ZACHARY MOFFITT, by and through its personal representative other Kelly Kramer; M.M., a minor, by and through her next friend and mother, Cassandra Higgins; C.M., a minor, by and through her next friend and mother, Cassandra Higgins,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>ERIK J. BOURGERIE, Captain, in his individual capacity; CHERYL GIORDANO, Staff Sergeant, in her individual capacity; JONATHAN DIURBA, Deputy, in his individual capacity; NATHAN FIDLER, Deputy, in his individual capacity; BRIAN HYDE, Deputy, in his individual capacity; KATHY LAMBERT, Deputy, in her individual capacity; JEFF WILSON, Deputy, in his individual capacity,<br><br>    Defendants - Appellants,<br><br>and<br><br>JOHN MINOR, Sheriff, in his official and individual capacity; RYAN HOSIER, Deputy, in his individual capacity,<br><br>    Defendants. | No. 17-1382<br>(D.C. No. 1:15-CV-00071-WYD-MEH) |

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

                        Entered for the Court

                        *Elisabeth A. Shumaker*

                        ELISABETH A. SHUMAKER, Clerk