# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | January 16, 2018 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Michael Paul Fairhurst
Mr. Darold W. Killmer
Mr. David A. Lane
Mr. Andrew McNulty
Killmer, Lane & Newman
1543 Champa Street, Suite 400
Denver, CO 80202

Ms. Cathy Havener Greer
Mr. William Thomas O'Connell III
Wells Anderson & Race
1700 Broadway, Suite 1020
Denver, CO 80290

Mr. Josh Adam Marks
Berg Hill Greenleaf & Ruscitti
1712 Pearl Street
Boulder, CO 80302

Mr. Bernard Woessner
Nathan, Bremer, Dumm & Myers
7900 East Union Avenue, Suite 600
Denver, CO 80237-2776

**RE:** **17-1382, Estate of Zachary Moffitt, et al v. Bourgerie, et al**
Dist/Ag docket: 1:15-CV-00071-WYD-MEH

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/lab